■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BLACKWELL, Appellant, et al., Petitioner, v. WILLIAM J. O'BRIEN, as Warden of Westchester County Penitentiary, Respondent.—

Munder, Acting P. J., Martuscello, Shapiro, Christ and Benjamin, JJ., concur.